# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 2, 2019

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

158188 & (14)

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
        Plaintiff-Appellee,

v

REGAN ADAM REYNOLDS,
        Defendant-Appellant.

SC:  158188
COA:  342207
Kent CC:  11-008862-FC

_____/

On order of the Court, the application for leave to appeal the July 24, 2018 order of the Court of Appeals is considered, and it is DENIED, because the defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D). The motion to remand is DENIED.



s0325

I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 2, 2019



Clerk